Case 4:20-cv-03762   Document 55   Filed on 10/28/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 01, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **BRUCE MIMNAUGH,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-03762 |
| § | |
| **CROWN CORK & SEAL USA, INC.,** § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

Plaintiff has informed the Court that he is voluntarily dismissing his individual claims with prejudice. (Doc. 54.) This case is therefore **DISMISSED**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on October 28, 2022.

Keith P. Ellison
United States District Judge